| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____   Chapter   11 |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**   Lill Street Gallery, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)   36-4354571

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 4401 N. Ravenswood Street<br>Chicago, IL 60640 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Cook<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   https://lillstreet.com

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor   Lill Street Gallery, Inc._____     Case number (*if known*)_____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __7139__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   
   ☐ A plan is being filed with this petition.
   
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor   Lill Street Gallery, Inc.                                              Case number (*if known*)
         Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  Lill Street Gallery, Inc.                                                                          Case number (*if known*)
     Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March  5, 2018
                MM / DD / YYYY

**X**  /s/ Bruce Robbins                                    Bruce Robbins
Signature of authorized representative of debtor         Printed name

Title    President

**18. Signature of attorney**

**X**  /s/ Jeffrey M. Schwartz                              Date   March  5, 2018
Signature of attorney for debtor                                  MM / DD / YYYY

Jeffrey M. Schwartz 6209982
Printed name

Much Shelist, P.C.
Firm name

191 N. Wacker Drive
Suite 1800
Chicago, IL 60606
Number, Street, City, State & ZIP Code

Contact phone  312-521-2000    Email address  jschwartz@muchshelist.com

6209982 IL
Bar number and State

Fill in this information to identify the case:
Debtor name: Lill Street Gallery, Inc.
United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A1 Polish Services, Inc.
5151 N. Harlem Avenue
Suite 209
Chicago, IL 60656 | | | | | | $4,200.00 |
| Action Printing
P.O. Box 677386
Dallas, TX 75267 | | | | | | $6,088.51 |
| Alan J. Mandel, Ltd.
7520 Skokie Blvd.
Skokie, IL 60077 | | Legal Services | Unliquidated | | | $25,000.00 |
| Allcraft
135 W. 29th Street
Suite 205
New York, NY 10001 | | | | | | $1,523.27 |
| American Express
1200 W. 7th Street
L2-200
Los Angeles, CA 90017 | | | | | | $8,970.26 |
| Bird Poop Enterprises
1260 N. Dearborn Street
Suite 916
Chicago, IL 60610 | | | | | | $442.00 |
| Ceramic Supply Chicago
2480 Delta Lane
Elk Grove Village, IL 60007 | | | | | | $2,120.72 |
| Chicago Parent Magazine
141 S. Oak Park Avenue
Oak Park, IL 60302 | | | | | | $550.00 |

Debtor  Lill Street Gallery, Inc.  
     Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Continental Clay Co.<br>1101 Stinson Boulevard NE<br>Minneapolis, MN 55413 | | | | | | $11,441.38 |
| Direction Tour Marketing<br>1550 W. Carroll Avenue<br>Suite 210<br>Chicago, IL 60607 | | | | | | $2,580.00 |
| Hachette Book Group<br>P.O. Box 8828<br>JFK Station<br>Boston, MA 02114 | | | | | | $822.58 |
| Jeff Almquist<br>380 S. 41st Street<br>Boulder, CO 80305 | | | | | | $700.00 |
| Laguna Clay Company<br>14400 Lomitas Avenue<br>City of Industry, CA 91746 | | | | | | $1,907.10 |
| Praxair<br>Dept. 0812<br>P.O. Box 120812<br>Dallas, TX 75312 | | | | | | $341.00 |
| Rio Grande<br>7500 Bluewater Road, NW<br>Albuquerque, NM 87121 | | | | | | $2,988.10 |
| Robbins Management LLC<br>4401 N. Ravenswood Avenue<br>Chicago, IL 60640 | | Past Due Rent | | | | $234,000.00 |
| Seneca Real Estate Group<br>600 W. Jackson, Suite 720<br>Chicago, IL 60661 | | | | | | $6,400.00 |
| Smith-Sharpe Company<br>2129 Broadway Street, NE<br>Minneapolis, MN 55413 | | | | | | $2,664.00 |

Debtor  Lill Street Gallery, Inc.
        Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Trilogy Interactive, LLC<br>c/o Jotham S. Stein, Esq.<br>214 S. 3rd Street<br>Saint Charles, IL 60174 | | Jury Verdict. Additional amounts, if any, unknown. | Contingent<br>Unliquidated<br>Disputed | | | $105,000.00 |
| Wahler Brothers<br>2551 N. Halsted<br>Chicago, IL 60614 | | | | | | $636.06 |

A1 Polish Services, Inc.
5151 N. Harlem Avenue
Suite 209
Chicago, IL 60656

Action Printing
P.O. Box 677386
Dallas, TX 75267

Alan J. Mandel, Ltd.
7520 Skokie Blvd.
Skokie, IL 60077

Allcraft
135 W. 29th Street
Suite 205
New York, NY 10001

American Express
1200 W. 7th Street
L2-200
Los Angeles, CA 90017

Bird Poop Enterprises
1260 N. Dearborn Street
Suite 916
Chicago, IL 60610

Ceramic Supply Chicago
2480 Delta Lane
Elk Grove Village, IL 60007

Chicago Parent Magazine
141 S. Oak Park Avenue
Oak Park, IL 60302

Chicago Silk Screen
882 N. Milwaukee Ave
Chicago, IL 60642

Comcast
PO Box 6111
Carol Stream, IL 60197

```
Continental Clay Co.
1101 Stinson Boulevard NE
Minneapolis, MN 55413


Direction Tour Marketing
1550 W. Carroll Avenue
Suite 210
Chicago, IL 60607


Grainger
Dept. 136-814752960
Chicago, IL 60638


Greater Ravenswood Chamber of Comm
1770 W. Berteau
Suite 207
Chicago, IL 60613


Hachette Book Group
P.O. Box 8828
JFK Station
Boston, MA 02114


Hauser & Miller Co. Inc.
10950 Lin Valle Drive
Saint Louis, MO 63123


Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jeff Almquist
380 S. 41st Street
Boulder, CO 80305


Laguna Clay Company
14400 Lomitas Avenue
City of Industry, CA 91746
```

Patteran, Inc., d/b/a Mudtools
P.O. Box 111
Bat Cave, NC 28712


Praxair
Dept. 0812
P.O. Box 120812
Dallas, TX 75312


Rio Grande
7500 Bluewater Road, NW
Albuquerque, NM 87121


Robbins Management LLC
4401 N. Ravenswood Avenue
Chicago, IL 60640


Seneca Real Estate Group
600 W. Jackson, Suite 720
Chicago, IL 60661


SEP Jewelry Tools
5 S. Wabash, Suite 514
Chicago, IL 60603


Smith-Sharpe Company
2129 Broadway Street, NE
Minneapolis, MN 55413


T-Mobile
PO Box 790047
Saint Louis, MO 63179-0047


Trilogy Interactive LLC
4525 N. Ravenswood Ave.
Suite 101
Chicago, IL 60640


Trilogy Interactive, LLC
c/o Jotham S. Stein, Esq.
214 S. 3rd Street
Saint Charles, IL 60174

```
Uline
P.O. Box 88741
Chicago, IL 60680-1741


Wahler Brothers
2551 N. Halsted
Chicago, IL 60614
```

# United States Bankruptcy Court
## Northern District of Illinois

In re: Lill Street Gallery, Inc.
Debtor(s)

Case No.
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Lill Street Gallery, Inc. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [Check if applicable]

March 5, 2018
Date

Jeffrey M. Schwartz 6209982
Signature of Attorney or Litigant
Counsel for Lill Street Gallery, Inc.
Much Shelist, P.C.
191 N. Wacker Drive
Suite 1800
Chicago, IL 60606
312-521-2000 Fax:312-521-2100
jschwartz@muchshelist.com